IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-2603-JLK**

**JENNIFER DAMITIO**, on behalf of herself and all similarly situated persons,

Plaintiff,

v.

**SUSHI ZANMAI INCORPORATED, a Colorado corporation, NAOTA KANDA and MASAO MAKI,**

Defendants.

---

### ORDER DISMISSING ACTION WITH PREJUDICE

Kane, J.

Having reviewed the parties' Stipulation for Dismissal with Prejudice, Doc. 47, having reviewed the file, and being fully advised, I HEREBY ORDER this matter DISMISSED WITH PREJUDICE, each party to bear or its own costs.

DATED: May 29, 2014                 BY THE COURT:

_s/John L. Kane_
John L. Kane, U.S. Senior District Judge